UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>        **Plaintiff,**       )<br>v.                                    )<br>)<br>**CERTAIN REAL PROPERTY LOCATED**    )<br>**AT 699 NORTH HIGH STREET,**        )<br>**BRIDGTON, CUMBERLAND COUNTY,**  )<br>**STATE OF MAINE, with all appurtenances**  )<br>**and improvements thereon**              )<br>)<br>        **Defendant-<u>in-rem</u>.**        ) | Civ. No. 05-45-P-H |

## DECREE OF FORFEITURE

WHEREAS, on March 15, 2005, a Verified Complaint for Forfeiture against the defendant-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of of 21 U.S.C. §§ 881(a)(7) ;

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, on March 31, April 7 and April 14, 2005, notice of this action was published in The Bridgton News, a newspaper of general circulation;

WHEREAS, on March 22, 2005, Notice was served on Frank Kimball;

WHEREAS, on March 22, 2005, Notice was served on the defendant-in-rem real property;       WHEREAS, on March 23, 2005, Notice was served on the Town of Bridgton;

WHEREAS, on March 25, 2005, Notice was served on Norway Savings Bank;

WHEREAS, on September 22, 2005, a Settlement Stipulation was entered into between Frank Kimball and the United States of America;

WHEREAS, on September 23, 2005,  this Court entered the Settlement Stipulation and Order settling this case on the terms and conditions set forth in that document;

WHEREAS, the following persons or entities have asserted an interest in the defendant-

in-rem:

    (a)    Frank Kimball as the owner of the defendant-in-rem; and

    (b)    the Town of Bridgton by virtue of outstanding property taxes on the defendant-in-rem; and

    (c)    Norway Savings Bank by virtue of a mortgage held by it on the defendant-in-rem property;

WHEREAS, the Settlement Stipulation will not impair the interests of the Town of Bridgton or Norway Savings Bank because it provides for the forfeiture of a *substitute res* in lieu of the defendant-in-rem real property, and because Norway Savings Bank and the Town of Bridgton have no claim to the *substitute res;*

WHEREAS, no other persons or entities have asserted a claim to the defendant-in-rem and the time to file a claim has passed;

NOW THEREFORE, on motion of the plaintiff, United States of America for a decree of forfeiture, and in accordance with the Stipulated Settlement Agreement entered into by the parties, it is hereby

    **ORDERED, ADJUDGED AND DECREED** that:

    (a)    the sum of $147,652.00 shall be forfeited as *substitute res* for the defendant-in-rem; and

    (b)    the United States of America will dispose of the property forfeited as *substitute res* in accordance with law.

    **SO ORDERED,**

    /s/ D. Brock Hornby
    Judge D. Brock Hornby
Dated: January 5, 2006    United States District Court